# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **JOHN DURANT,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-240 |
| | § | JUDGE MAZZANT/JUDGE JOHNSON |
| **BEAN INFOSYSTEMS, LLC,** | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 19, 2018, the Report of the Magistrate Judge (Dkt. #7) was entered containing proposed findings of fact and recommendations that Plaintiff John Durant's claims should be dismissed without prejudice for want of prosecution.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the Court. Therefore, this case is dismissed without prejudice for want of prosecution. The matter is closed on the Court's docket, and all costs shall be borne by the party incurring same.

**IT IS SO ORDERED**.
SIGNED this 12th day of January, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE